Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC<br><br>*Plaintiff*<br><br>v.<br><br>ADAGIO, et al. | **CIVIL ACTION No.**<br>**19-cv-676 (RA)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Off-White LLC ("Off-White" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants higou and superstarseller in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: December 4, 2019                                         Respectfully submitted,

                                                                **EPSTEIN DRANGEL LLP**

                                                         BY: _____
                                                                Brieanne Scully (BS 3711)
                                                                bscully@ipcounselors.com
                                                                EPSTEIN DRANGEL LLP
                                                                60 East 42nd Street, Suite 2520
                                                                New York, NY 10165
                                                                Telephone:   (212) 292-5390
                                                                Facsimile:   (212) 292-5391
                                                                *Attorney for Plaintiff*
                                                                *Off-White LLC*

**It is so ORDERED.**

Signed at New York, NY on_____ ___, 2019.


                                                         _____
                                                         Judge Ronnie Abrams
                                                         United States District Judge